UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. No.: 05M-1032-JGD |
| ) | |
| DWAYNE THOMAS, ) | |
| Defendant ) | |

### MOTION TO CONTINUE PROBABLE CAUSE HEARING AND WAIVER OF HEARING WITHIN TWENTY (20) DAYS

NOW COMES the Defendant in the above-captioned matter, Dwayne Thomas, and moves that the Probable Cause Hearing Scheduled for March 8, 2005 be continued for a period of thirty (30) days to allow the parties to complete working out a Plea Agreement and Waiver of Indictment.

Defendant, who is presently on release, hereby expressly waives his right to have a Probable Cause hearing within twenty (20) days.

Respectfully Submitted,
DWAYNE THOMAS
By his Attorney;

Dated:     March 8, 2005

_____
John H. LaChance, Esquire
600 Worcester Road
Suite 501
Framingham, MA 01702
Telephone:   (508) 879-5730
Facsimile:   (508) 879-2288
BBO#282500

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served upon the United States of America by causing same to be sent via first class mail and via facsimile transmittal to Assistant United States Attorney Seth Berman at the Office of the United States Attorney, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 this 8th day of March 2005.

_____
John H. LaChance, Esquire
BBO#282500