AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

DWAYNE THOMAS

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1032-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DWAYNE THOMAS
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | |X| Probation Violation Petition |

charging him or her with (brief description of offense)
knowingly and willfully executing and attempting to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Citizens Bank and Fleet Bank among others, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission

in violation of
Title  18  United States Code, Section(s)  1344

HON. JUDITH G. DEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

2/16/05  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

FBI arrested